IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROBERT L. CLARK | § | |
| v. | § | CIVIL ACTION NO. 6:07cv459 |
| COMMISSIONER, SSA | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the complaint be dismissed. Plaintiff filed written objections to the Report and Recommendation on April 9, 2009.

Having made a *de novo* review of the objections filed by Plaintiff, the Court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct and the objections are without merit. The facts set forth in Plaintiff's written objections were considered in the Report and Recommendation. In addition, contrary to Plaintiff's assertion in his written objections that the "waxing and waning" of his symptoms were not considered, the Report and Recommendation fully addresses Plaintiff's allegations of pain. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is hereby **DISMISSED** with prejudice.  Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 7th day of May, 2009.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**